IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY ERNIE GLADDEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants | CV F 04 6183  AWI<br>CR F 01 5070<br><br>ORDER DISMISSING PETITION TO CORRECT, MODIFY, OR SET ASIDE SENTENCE AND CLOSING CASE<br><br>(28 U.S.C. § 2255) |

    In this case, petitioner Mickey Ernie Gladden, ("Petitioner") seeks relief under 28 U.S.C. section 2255 from the sentence of 30 months in custody and 36 months supervised release that were imposed by this court on July 21, 2003, following his entry of a guilty plea to one count of conspiracy to unlawfully sell firearms, a violation of 18 U.S.C. § 371.  On August 29, 2005, this court issued an order to show cause why the petition pursuant to section 2255 should not be dismissed as untimely filed.  Petitioner was ordered to file a response to the order to show cause not later than October 3, 2005.  No response has been filed as of the date of this order. Therefore, the court will dismiss the petition for the reasons set forth in the order to show cause and will close the case.

    THEREFORE, for the reasons set forth in this court's order of August 29, 2005, it is ORDERED that the petition of Mickey Ernie Gladden to modify, correct or vacate his sentence

pursuant to 28 U.S.C. section 2255 is HEREBY DISMISSED as untimely.  The Clerk of the Court is ordered to CLOSE case number 04cv6183 and case number 01cr5070 with respect to Mickey Ernie Gladden.

IT IS SO ORDERED.

**Dated:    December 5, 2005**                                   **/s/ Anthony W. Ishii**
0m8i78                                                                          UNITED STATES DISTRICT JUDGE

2